IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN AUGUSTINE GOMEZ,

    Plaintiff,

v.                                                                                    No. CV 16-959 WJ/CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on August 14, 2017. (Doc. 28). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Reverse and Remand for Payment of Benefits or in the Alternative, for Rehearing, With Supporting Memorandum*, (Doc. 23), be granted in part and that this case be remanded to the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 28 at 15). No objections have been filed and the deadline of August 28, 2017 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and Remand for Payment of Benefits or in the Alternative, for Rehearing, With Supporting Memorandum*, (Doc. 23) are **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings.

                                                                              _____
                                                                         UNITED STATES DISTRICT JUDGE